Emanuel Bloomfield, by Charles Bloomfield, His Guardian ad Litem, Appellant, v. The Board of Education of the City of New York, Respond-

ent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.